# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 22, 2016

## NO. 03-15-00236-CR

**Christopher Ray Weatherspoon, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 264TH DISTRICT COURT OF BELL COUNTY
## BEFORE JUSTICES PURYEAR, GOODWIN AND BOURLAND
## MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE BOURLAND

This is an appeal from the judgment adjudicating guilt entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no error in the court's judgment adjudicating guilt requiring reversal. However, there was error in the judgment adjudicating guilt that requires correction. Therefore, the Court modifies the trial court's judgment adjudicating guilt as follows: the Court deletes the portion of the judgment adjudicating guilt stating "See Agreement Regarding Adjudication and Sentence," and the Court substitutes "N/A" in its place. The judgment adjudicating guilt, as modified, is affirmed. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.